IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| EAGLE RAILCAR SERVICES - ROSCOE, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| NGL CRUDE LOGISTICS, LLC, | ) ) ) |
| Defendant. | )   Civil Action No. 1:16-CV-153-C |

**ORDER**

The Court, having considered Plaintiff's Motion to Withdraw its Motion for an Award of Fees and Expenses, filed November 19, 2018, is of the opinion that the same should be **GRANTED**. Accordingly, Plaintiff's Motion for an Award of Fees and Expenses pursuant to 28 U.S.C. § 1447(c), filed November 13, 2018, is hereby **DENIED AS MOOT**.

SO ORDERED this 20th day of November, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE